## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**v.**

**SEALED**
**INDICTMENT**

4:24cr 45- AW1 mAF

**CHAD SEYMORE**
   **a/k/a "Circle City Pimp"**
**KIMBERLY ROBINSON GANDY**
**JERRICK BRITT**
   **and**
**CHADAYSHA SEYMORE**
_____/

**THE GRAND JURY CHARGES:**

### COUNT ONE

Between on or about December 26, 2017, and on or about January 2, 2024,

in the Northern District of Florida and elsewhere, the defendant,

### CHAD SEYMORE,
### a/k/a "Circle City Pimp,"
### KIMBERLY ROBINSON GANDY,
### and
### JERRICK BRITT,

knowingly and willfully did combine, conspire, confederate, and agree with other

persons, to commit offenses against the United States, namely:

1.    in and affecting interstate commerce, to recruit, entice, harbor,

FILED USDC FLND PN
SEP 17 '24 PM 3:00

Returned in open court pursuant to Rule 6(f)

9/17/2024

Date

United States Magistrate Judge

transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person knowing that force, threats of force, fraud, coercion and any combination thereof, would be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1); and

2.      to benefit financially by receiving anything of value from participation in a venture which has engaged in an act in violation of Title 18, United States Code, Section 1591(a)(1), as described in paragraph 1 above, in violation of Title 18, United States Code, Sections 1591(a)(2) and 1591(b)(1).

All in violation of Title 18, United States Code, Section 1594(c).

### COUNT TWO

Between on or about January 1, 2021, and on or about December 26, 2023, in the Northern District of Florida and elsewhere, the defendant,

**CHAD SEYMORE,**
**a/k/a "Circle City Pimp,"**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, that is, Victim 1, and knowing that force, threats of force, fraud, and coercion and any combination thereof, would be used to cause the person to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1) and

2

1591(b)(1).

## COUNT THREE

Between on or about January 1, 2021, and on or about December 26, 2023, in the Northern District of Florida and elsewhere, the defendant,

## CHAD SEYMORE,
### a/k/a "Circle City Pimp,"

did knowingly benefit, financially and by receiving anything of value, from participation in a venture which had engaged in an act described in violation of paragraph (1) of Title 18, United States Code, Section 1591(a), as set forth in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 1591(a)(2) and 1591(b)(1).

## COUNT FOUR

Between on or about December 26, 2017, and on or about January 2, 2024, in the Northern District of Florida and elsewhere, the defendant,

## CHAD SEYMORE,
### a/k/a "Circle City Pimp,"

did knowingly use a facility in interstate commerce, that is, the internet and a cellular phone, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, specifically, a prostitution offense in violation of the laws of the state of

3

Florida and the United States, and did thereafter perform and attempt to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of such unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

## COUNT FIVE

Between on or about December 26, 2023, and on or about January 2, 2024, in the Northern District of Florida and elsewhere, the defendants,

**CHAD SEYMORE,**
**a/k/a "Circle City Pimp,"**
**KIMBERLY ROBINSON GANDY,**
**and**
**JERRICK BRITT,**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, that is, Victim 2, and knowing that force, threats of force, fraud, and coercion and any combination thereof, would be used to cause the person to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and 2.

## COUNT SIX

Between on or about December 26, 2023, and on or about January 2, 2024, in the Northern District of Florida and elsewhere, the defendants,

**CHAD SEYMORE,**
**a/k/a "Circle City Pimp,"**
**KIMBERLY ROBINSON GANDY,**
**and**
**JERRICK BRITT,**

did knowingly benefit, financially and by receiving anything of value, from

participation in a venture which had engaged in an act described in violation of

paragraph (1) of Title 18, United States Code, Section 1591(a), as set forth in

Count Five of this Indictment.

In violation of Title 18, United States Code, Sections 1591(a)(2), 1591(b)(1),

and 2.

## COUNT SEVEN

On or about December 29, 2023, in the Northern District of Florida and

elsewhere, the defendant,

**CHAD SEYMORE,**
**a/k/a "Circle City Pimp,"**

traveled in interstate commerce from the State of Alabama to the State of Florida,

with intent to promote, manage, establish, carry on, and facilitate the promotion,

management, establishment, and carrying on, of an unlawful activity, specifically,

a prostitution offense in violation of the laws of the state of Florida and the United

States, and did thereafter perform and attempt to perform an act to promote,

manage, establish, carry on, and facilitate the promotion, management,

5

establishment, and carrying on, of such unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

## COUNT EIGHT

Between on or about September 1, 2022, and on or about January 2, 2024, in the Northern District of Florida and elsewhere, the defendants,

**CHAD SEYMORE,**
**a/k/a "Circle City Pimp,"**
**KIMBERLY ROBINSON GANDY**
**and**
**CHADAYSHA SEYMORE,**

did knowingly combine, conspire, confederate, and agree together and with other persons to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, that is, the interstate transfer of monetary instruments in the form of United States currency within a financial institution, involving funds that were proceeds of a specified unlawful activity, that is, commercial sex trafficking, in violation of Title 18, United States Code, Sections 1591, 1952, and 2421, and that the defendants knew to be the proceeds of some form of unlawful activity, with the intent to promote the carrying on of the specified unlawful activity, and knowing that these transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Sections

6

1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

### SEX TRAFFICKING FORFEITURE

The allegations contained in Counts One through Seven of this Indictment
are hereby realleged and incorporated by reference as part of this forfeiture count.
Because the defendants,

**CHAD SEYMORE,**
**a/k/a "Circle City Pimp,"**
**KIMBERLY ROBINSON GANDY,**
**and**
**JERRICK BRITT,**

did knowingly commit an offense in violation of Section 1591 of Chapter 77, any
and all interest that these defendants have in any property, real and personal, used
and intended to be used to commit and facilitate the commission of said offenses,
or constituting or derived from any proceeds obtained directly or indirectly as a
result of such violations, is vested in the United States and hereby forfeited to the
United States, pursuant to Title 18, United States Code, Sections 1594(d) and
1594(e).

If any of the property described above as being subject to forfeiture, as a
result of any act or omission of the defendants:

        i.     cannot be located upon the exercise of due diligence;

        ii.    has been transferred or sold to, or deposited with, a third party;

iii.    has been placed beyond the jurisdiction of this Court;

iv.    has been substantially diminished in value; or

v.    has been commingled with other property that cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 1594 (e)(2), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

## MONEY LAUNDERING FORFEITURE

The allegations contained in Count Eight of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).  From the defendants' engagement in the violation alleged in Count Eight of this Indictment, the defendants,

**CHAD SEYMORE,**
**a/k/a "Circle City Pimp,"**
**KIMBERLY ROBINSON GANDY,**
**and**
**CHADAYSHA SEYMORE,**

shall forfeit to the United States of America any and all of the defendants' right, title, and interest in any property, real and personal, involved in such offense, and any property traceable to such property.

8

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:

*Redacted*

JASON R. COODY
United States Attorney

9/17/24

MICHELLE SPAVEN                    DATE
First Assistant United States Attorney

9